

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE MICHAEL GEOFFREY PETERS, | § | No. 08-15-00203-CR |
|  | § | ORIGINAL PROCEEDING |
| RELATOR. | § | ON WRIT OF HABEAS CORPUS |
|  | § |  |

## MEMORANDUM OPINION

Relator, Michael Geoffrey Peters, has filed a petition for writ of habeas corpus because he has been incarcerated following his conviction of retaliation in the 418th District Court of Montgomery County, Texas. Relator's appeal of that criminal conviction is currently pending before the Beaumont Court of Appeals in cause number 09-15-00166-CR, styled *Michael Geoffrey Peters v. State of Texas*. We dismiss the habeas corpus petition for lack of jurisdiction.

Relator's petition for writ of habeas corpus is related exclusively to his criminal prosecution and conviction of retaliation. As an intermediate court of appeals, we do not have original jurisdiction over petitions for habeas corpus relief in connection with criminal proceedings. *See* TEX.GOV'T CODE ANN. § 22.221(d)(West 2004)(habeas corpus jurisdiction of intermediate courts of appeals limited to civil matters); *Ex parte Hawkins*, 885 S.W.2d 586, 587-88 (Tex.App.--El Paso 1994, orig. proceeding). That jurisdiction rests instead with the Court of Criminal Appeals, the district courts, and the county courts. TEX.CODE CRIM.PROC.ANN. art. 11.05 (West 2015); *Ex parte Hawkins*, 885 S.W.2d at 587-88. Accordingly, Relator's petition

for writ of habeas corpus is dismissed for want of jurisdiction.


July 15, 2015

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.

(Do Not Publish)